IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR L. CORREIA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW CENTURY MORTGAGE CORPORATION )<br>Defendant. )<br>_____ ) | C.A.06-10665 JLT |

## DISMISSAL STIPULATION

Pursuant to Federal Rules of Civil Procedure 41 (a), the Plaintiff hereby dismisses his complaint against the Defendant, New Century Mortgage Corporation with prejudice.

 

Victor L. Correia
By his attorney,

/s/Christopher M. Lefebvre
B.B.O. # 629056
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)